# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dunn, Randall L. | U.S. Bankruptcy Court, OR | 05/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1001 S.W. 5th Av., #700
Portland, OR 97204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | National Conference of Bankruptcy Judges | 01/23/2012 - 01/25/2012 | Washington, D.C. | NCBJ - Meeting with Chief Justice and AO Director | Privately funded by: National Conference of Bankruptcy Judges - 3 days |
| 2. | National Conference of Bankruptcy Judges | 03/18/2012 - 03/20/2012 | Miami, FL | NCBJ Mid-Year Meeting - activity of professional association or civic association | Privately funded by: National Conference of Bankruptcy Judges - 3 days |
| 3. | California Bankruptcy Forum | 05/17/2012 - 05/20/2012 | Palm Desert, CA | Non-FJC educational seminar or program | Privately funded by: California Bankruptcy Forum - 4 days |
| 4. | National Association of Chapter 13 Trustees | 07/11/2012 - 07/15/2012 | New Orleans, LA | NACTT annual conference and educational program | Privately funded by: NACTT - 5 days |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dunn, Randall L. | 05/08/2013 |

| 5. | National Conference of Bankruptcy Judges | 10/21/2012 - 10/27/2012 | San Diego, CA | NCBJ Annual Conference - activity of professional association or civic association | Privately funded by: National Conference of Bankruptcy Judges - 7 days |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IBM (IRA) | A | Dividend | J | T | | | | | |
| 2.  GAIAM | | None | J | T | | | | | |
| 3.  Schwab Money Market | A | Dividend | J | T | | | | | |
| 4.  Schwab Money Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 5.  First Eagle Overseas Fund, fka Sogen Overseas Fund (IRA) | A | Dividend | J | T | | | | | |
| 6.  Euro Pacific Growth Fund (IRA) AEGFX | A | Dividend | J | T | | | | | |
| 7.  Biosolar, Inc. | | None | J | T | | | | | |
| 8.  Emerson Electric (IRA) | A | Dividend | J | T | Sold (part) | 03/08/12 | J | A | |
| 9.  Tetra Tech, Inc. (IRA) | | None | J | T | | | | | |
| 10.  Pimco Total Return Inst. (IRA) | A | Dividend | J | T | | | | | |
| 11.  Longleaf Partners Fund (IRA) | A | Dividend | K | T | | | | | |
| 12.  I Shares TR Russell 1000 (IRA) | B | Dividend | K | T | | | | | |
| 13.  Spider Gold Trust (IRA) | | None | J | T | | | | | |
| 14.  JP Morgan Core Bond (IRA) | A | Interest | J | T | | | | | |
| 15.  Schwab Fundamental U.S. - Large (IRA) | A | Dividend | J | T | | | | | |
| 16.  Schwab Fundamental U.S. - Small (IRA) | A | Dividend | J | T | | | | | |
| 17.  I Shares Russell 1000 Val (IRA) IWB | A | Dividend | K | T | Sold (part) | 02/01/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I Shares MSCIEMU (IRA) | A | Dividend | | | Sold | 03/05/12 | J | A | |
| 19. Consolidated Edison (IRA) | A | Dividend | J | T | Sold (part) | 10/01/12 | J | A | |
| 20. Spider Gold Trust | | None | J | T | | | | | |
| 21. Wells Fargo (Savings Account) | A | Interest | J | T | | | | | |
| 22. Honeywell | A | Dividend | J | T | Sold (part) | 09/14/12 | J | A | |
| 23. Boeing (IRA) | A | Dividend | J | T | | | | | |
| 24. Diana Container Ship-DCIX (IRA) | | None | J | T | | | | | |
| 25. Verizon-VZ (IRA) | A | Dividend | J | T | Sold (part) | 09/27/12 | J | A | |
| 26. Pimco Foreign Bond-PFORX (IRA) | A | Dividend | | | Sold | 08/01/12 | K | B | |
| 27. Pimco High Yield-PHIYX (IRA) | A | Dividend | K | T | | | | | |
| 28. Schwab Funda. Emer - SFENX (IRA) | A | Dividend | J | T | | | | | |
| 29. Schwab Funda. Int'l - SFNNX (IRA) | A | Dividend | J | T | | | | | |
| 30. Schwab Funda. Int'l - SFILX (IRA) | A | Dividend | J | T | | | | | |
| 31. I Shares MSCI-Japan - EWJ (IRA) | A | Dividend | | | Sold | 12/05/12 | J | A | |
| 32. I Shares CoreTotal - AGG (IRA) | A | Dividend | K | T | | | | | |
| 33. I Shares Russell 2000 - IWO (IRA) | A | Dividend | | | Sold | 04/02/12 | K | C | |
| 34. Apple | | None | J | T | Sold (part) | 02/28/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Caterpillar | A | Dividend | J | T | | | | | |
| 36. EOG | | None | J | T | Sold (part) | 10/01/12 | J | A | |
| 37. NUE | A | Dividend | | | Sold | 11/19/12 | J | A | |
| 38. BK-BARODA-NY CD (IRA) | A | Interest | | | Sold | 10/15/12 | J | A | |
| 39. CLNE (IRA) | | None | | | Sold | 10/26/12 | J | A | |
| 40. CY (IRA) | A | Dividend | J | T | | | | | |
| 41. HAIN (IRA) | | None | J | T | Sold (part) | 08/23/12 | J | B | |
| 42. WY (IRA) | A | Dividend | J | T | | | | | |
| 43. SPDR Engy Select (IRA) | A | Dividend | | | Sold | 10/04/12 | J | A | |
| 44. HABDX (IRA) | A | Dividend | J | T | Buy | 07/31/12 | K | | |
| 45. Vanguard Emer Mkt VWO (IRA) | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 46. I Shares Russell IWS (IRA) | A | Dividend | J | T | Buy | 04/02/12 | K | | |
| 47. I Shares Index Fund EFA (IRA) | A | Dividend | J | T | Buy | 03/05/12 | J | | |
| 48. SPDR Consumer Fund XLY (IRA) | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 49. I Shares Russell Midcap IWS (IRA) | A | Dividend | K | T | Buy | 01/15/12 | K | | |
| 50. I Shares EAFE Fund Index EFA (IRA) | A | Dividend | J | T | Buy | 01/15/12 | J | | |
| 51. KLA Tencor KLAC (IRA) | A | Dividend | J | T | Buy | 01/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tibco Software TIBX (IRA) | | None | J | T | Buy | 04/02/12 | J | | |
| 53. Fortinet FTNT | | None | J | T | Buy | 02/14/12 | J | | |
| 54. CVS | A | Dividend | J | T | Buy | 11/19/12 | J | | |
| 55. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dunn, Randall L. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randall L. Dunn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544